FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 DEC 10 AM 9: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

AARON PORTER,

    Plaintiff,

vs.    Case No. 2:07-cv-729-FtM-34SPC

KEVIN BARFIELD, Sgt.; STEVEN T.
KNIPP, Officer; B.D. MITTS, Nurse;
B. JOHNSON, Officer; M. DOROBIALA,
Sgt.; R. HYNES, Sgt.; A. CLEM, Sgt.;
FNU AUSTIN, Lt.; K. JONES, Officer;
J. BATES, Officer; PAUL C. DECKER,
Inspector General,

    Defendants.
_____

### ORDER OF DISMISSAL[1]

This matter comes before the Court upon initial review of the file. Plaintiff, who is currently incarcerated within the Florida Department of Corrections at Charlotte Correctional Institution, initiated this *pro se* action on November 8, 2007, by filing a civil rights complaint form pursuant to 42 U.S.C. § 1983 ("Complaint") with a 108 page Appendix in support of the same (Docs. #2-1, #2-2, and #2-3). Plaintiff seeks to proceed in this action *in forma pauperis* (Doc. #3).

Although not the model of clarity, Plaintiff's Complaint attempts to sets forth various Constitutional claims that allegedly

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

arose at two different correctional institutions over a ten-month period. Specifically, Plaintiff alleges Eighth and First Amendment violations based upon events that occurred from January 26, 2007, through May 8, 2007, when Plaintiff was incarcerated at Florida State Prison. Complaint at pp. 10-20. Additionally, Plaintiff alleges First Amendment, Eighth Amendment, and Fourteenth Amendment violations, for actions which occurred from May 8, 2007, through October 11, 2007, after Plaintiff's transfer to Charlotte Correctional Institution. Complaint at pp. 21-27.

The Prison Litigation Reform Act (hereinafter PLRA), which amended 28 U.S.C. § 1915, contains the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Section 1915, known as the "Three Strikes Rule," permits a prisoner to file only "three meritless suits at the reduced rate." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

The Court takes judicial notice of the filings Plaintiff has brought in a Court of the United States that were dismissed on the grounds that they were frivolous, malicious or failed to state a

claim upon which relief may be granted. See Case Nos. 06-cv-61202-CIV-COHN, Porter v. Reed, et al., October 19, 2004, Final Order of Dismissal (Doc. #6) adopting September 29, 2004, Report Re[garding] Dismissal of Successive Complaint, 28 U.S.C. § 1915(g) (Doc. #4). Indeed, Plaintiff is a prolific filer, having initiated 18 cases in federal court concerning the conditions of his confinement since June, 2002. See http://pacer.uspci.uscourts.gov/cgi-bin/dquery.pl. Plaintiff, apparently in anticipation of his three strike status states he is "under imminent danger at the time of filing, and on January 26, 2007." Complaint at p. 6. The Court notes that on January 26, 2007, Plaintiff was incarcerated in Florida State Prison, which is within the jurisdictional venue of the Jacksonville Division of this Court.[2] In addition to claiming acts of retaliation and malicious prosecution since his transfer to Charlotte Correctional, Plaintiff alleges that certain identified guards have made death threats against him. Complaint at pp. 26-27. Notably, none of the identified guards are named as Defendants in this action. Additionally, from the voluminous documents submitted in Plaintiff's Appendix (Docs. #2-1, #2-2, and #2-3), Plaintiff has filed various grievances concerning these alleged

---

[2]The Court takes judicial notice that Plaintiff filed this identical action in the Jacksonville Division of this Court that was dismissed due to Plaintiff's three strike status. See Case No. 3:07-cv-447, Porter v. Officer Steven T. Knipp, et al., Doc. May 24, 2007, Order of Dismissal (Doc. #7). Significantly, the Court there found no allegations to support Plaintiff's claim of imminent danger. Id. at p. 2.

threats which, as of October 22, 2007, were still under investigation by the Inspector General's Office. Doc. #2-3 at p. 37. Thus, officials at the Department of Corrections are well aware of these alleged threats made against Plaintiff. Further, Plaintiff does not seek any injunctive relief, only declaratory relief and compensatory damages. Complaint at pp. 28-29. As a cautionary measure, however, the Court will direct the Clerk of Court to provide a copy of this Order to the Warden at Charlotte Correctional Institution for his further investigation into Plaintiff's allegations, as deemed appropriate.

Consequently, because Plaintiff has had three or more qualifying dismissals and the Court finds that Plaintiff does not appear to be in imminent danger of serious physical injury, this action will be dismissed without prejudice. If Plaintiff wishes to prosecute this action, he must file a new civil rights complaint form and pay the $350.00 filing fee in its entirety <u>at the time of filing</u>.

ACCORDINGLY, it is hereby

**ORDERED**:

1. Plaintiff's Complaint (Doc. #1) is **DISMISSED**, without prejudice.

2. The **Clerk of Court** shall enter judgment accordingly, terminate any pending motions, and close this file.

3. The **Clerk of Court** shall send a courtesy copy of this Order to the Warden at Charlotte Correctional Institution for his investigation and handling if appropriate.

**DONE AND ORDERED** in Fort Myers, Florida, on this 10th day of December, 2007.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record
    Warden, Charlotte Correctional Institution